Michael A. Zody, USB #5830
Aaron M. Worthen, USB #15292
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
MZody@parsonsbehle.com
AWorthen@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Oracle Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK BARRETT, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>            Respondent. | **REQUEST TO SUBMIT FOR DECISION: MOTION TO COMPEL ARBITRATION**<br><br>Case No. 2:20-CV-277-PMW<br><br>Judge Howard C. Nielson |

Pursuant to DUCivR 7-3, Respondent Oracle Corporation ("Oracle"), by and through counsel, respectfully requests that Oracle's Motion to Compel Arbitration be submitted for decision.

1.   On June 12, 2020, Oracle filed its Motion to Compel Arbitration.  [Dkt. No. 16.]

2.   Plaintiff Mark Barrett did not file a responsive brief by June 26, 2020, the deadline to do so and did not request an extension. *See* DUCivR 7-1(b)(3)(B).

3.   Under DuCivR 7-1(d), the Court may "grant[] the motion without further notice," based on Plaintiff's failure to timely respond.

4818-5263-0721.v1

4. To date, no hearing has been requested. Oracle's Motion to Compel Arbitration is ready for decision by the Court.

5. Accordingly, the Motion to Compel Arbitration may be granted, compelling arbitration and dismissing this matter.

DATED July 1, 2020.

/s/Michael A. Zody
Michael A. Zody
Aaron M. Worthen
PARSONS BEHLE & LATIMER
*Attorneys for Oracle Corporation*

4818-5263-0721.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of July, 2020, I electronically filed the foregoing **REQUEST TO SUBMIT FOR DECISION: MOTION TO COMPEL ARBITRATION** with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all of the parties.

/s/Michael A. Zody